IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30996
Conference Calendar
_____


CLARENCE STEWART, JR.,

                                        Plaintiff-Appellant,

versus

BURL CAIN, Warden; RICHARD L. STALDER;
MARY COCKERHAM,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-488
- - - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Clarence Stewart, Jr., appeals from the district court's
dismissal of his civil rights complaint.  Stewart argues that the
defendants have refused to acknowledge that he was previously
awarded credit for time served.  We have reviewed the record and
the appellant's brief, and we affirm the judgment for the reasons
stated by the district court.

     Stewart also argues that after prison officials ignored his
request for a cell change, he was raped by his cellmate.  This

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

court need not address issues not considered by the district court.  This issue was raised for the first time in the notice of appeal and was not, therefore, presented to or considered by the district court.  We will not consider it for the first time on appeal.

AFFIRMED.